1072 PINCKNEY vs. COMMISSIONER OF THE STATE LAND OFFICE, No. 12365.

To compel respondent to receive certain interest and the amount of the penalty upon a State Building Land certificate, and refrain from selling the land for unpaid taxes.

Denied November 18, 1891, without costs.

Respondent insisted that relator did not pay the interest due March 1, 1891, within the time allowed by law; that her right was thereby forfeited; that thereupon she could not redeem, except upon paying interest, penalty and taxes under How.'s, Sec. 5281, and that he had a legal right to refuse to receive the interest and penalty, or to renew the certificate until the taxes were paid.